PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Mahoney                                       Cr.: 2:00-CR-651
                                                                         PACTS Number: 27608

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 08/07/01

Original Offense: Distribution of Narcotics

Original Sentence: 110 months incarceration followed by 5 years supervised release, $100 special assessment and $5,000 fine. Special Conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) Refrain from gambling activities and attend Gamblers Anonymous; 4) Mental health evaluation and treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/10/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The defendant shall satisfy the amount due in monthly installments of no less than $50.

## CAUSE

A monthly payment schedule was not set at the time of sentencing. After discussion with the offender concerning his current monthly cash flow, the offender expressed an ability to make payments of $50 monthly towards the outstanding fine obligation.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 03/04/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Honorable Dennis M. Cavanaugh

3/29/10
Date